**United States Bankruptcy Court**
Western District of Louisiana

In re   **Saratoga Resources, Inc.**                              Case No. _____
                                    Debtor(s)                     Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman, Chief Executive Officer & Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 31, 2009**                    /s/ Thomas F. Cooke
                                              **Thomas F. Cooke/Chairman, Chief Executive Officer & Director**
                                              Signer/Title

Louis Phillips
Gordon Arata
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916


MacBank Limited - Houston Rep.
One Allen Center
500 Dallas, Suite 3100
Houston, TX 77002


Macquarie Bank Limited
Level 15, No. 1 Martin Place
Metals and Energy Capital Divisi
Sydney, NSW 2000
Australia


Tatum, LLC
1980 Post Oak Blvd., Suite 1860
Houston, TX 77056


Wayzata Investment Partners, LLC
Administrative Agent
701 East Lake Street, Suite 300
Wayzata, MN 55391


Wayzata Opportunities Fund II, LP
701 East Lake Street, Suite 300
Wayzata, MN 55391


Wayzata Opportunities Fund, LLC
701 East Lake Street, Suite 300
Wayzata, MN 55391