## Michael Sanders

**From:** John Boylan [john_p_boylan@yahoo.com]
**Sent:** Sunday, January 18, 2009 10:43 AM
**To:** 'Michael Sanders'
**Cc:** eddie.hebert@yahoo.com
**Subject:** JB consulting invoice for second 1/2 of 12/08
**Attachments:** JB invoice 2008-12-2C.pdf; JB invoice 2008-12-2A.pdf; JB invoice 2008-12-2B.pdf

Sorry this is late Mike... I've been sorta busy doin somthin!

Btw, I don't have any hours for the first ½ of January 2009.

I do have to finalize the project on compensation though..... Unless Eddie wants something to do with all of his free time. ☺

jb


EXHIBIT I

John P. Boylan

Invoice No. 2008-12-01

# INVOICE

**Customer**

| | |
|---|---|
| Name | Michael W. Sanders |
| Address | 20333 SH 249, Suite #600 |
| City | Houston  State TX  ZIP 77070 |
| Phone | 832-446-2593 |

**Misc**

| | |
|---|---|
| Date | 12/15/2008 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 30.50 | Hourly consulting services for 12/01/08 - 12/15/08 | $ 100.00 | $ 3,050.00 |
| | SSN: 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 | | |

| | SubTotal | $ 3,050.00 |
|---|---|---|
| | Shipping | |
| Tax Rate(s) | | |
| | TOTAL | $ 3,050.00 |

**Payment** Select One...

Comments
Name
CC #
Expires

Office Use Only

*Insert Fine Print Here*

*Insert Farewell Statement Here*

## Consulting Services Performed by JPB @ $100/hr:

| Date | Time In - Time Out / Description | Net Hours | Amount |
|---|---|---:|---:|
| 12/1/2008 | 8:30 am - 5:00 pm | 8.5 | $ 850.00 |
| 12/2/2008 | 8:30 am - 6:30 pm (less 3.5 hrs) | 6.5 | $ 650.00 |
| 12/3/2008 | 1:30 pm - 6:00 pm (less 1.5 hrs) | 3.0 | $ 300.00 |
| 12/4/2008 | 9:00 am - 12:00 pm | 3.0 | $ 300.00 |
| 12/5/2008 | 8:30 am - 12:00 pm | 3.5 | $ 350.00 |
| 12/8/2008 | | 0.0 | $ - |
| 12/9/2008 | | 0.0 | $ - |
| 12/10/2008 | | 0.0 | $ - |
| 12/11/2008 | | 0.0 | $ - |
| 12/12/2008 | | 0.0 | $ - |
| 12/14/2008 | 8:00 am - 11:00 am and 4pm - 7pm | 6.0 | $ 600.00 |
| 12/15/2008 | | 0.0 | $ - |
| **Subtotal Consulting Svcs Performed by JPB** | | **30.50** | **$ 3,050.00** |

# TRAVEL & ENTERTAINMENT REIMBURSEMENT

**NAME:** John P. Boylan
**DIVISIONAL DEPARTMENT:**
**Period Covered:** 12/1/2008 - 12/15/08

**PURPOSE OF TRIP, (BY DATE, SHOW COMPANY AND REASON)**
Unreimbursed Business Expenses for the Period Covered

**ACCOUNT TO BE CHARGED:**

**WORK ADDRESS:**
6129 Feagan
Houston, TX 77005

**EMPLOYEE PHONE NUMBER:**
713-818-0449

### TYPE OF EXPENDITURE

| DATE | DAILY ITINERARY | Air(s) Car/Hire | Pvt/veh | Air Fare | Auto Rental | Lodging | Entertainment | Phone | Parking | Tax | Pers. Misc. | Daily Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| Total | | 0 | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ |

### GUEST MEALS AND ENTERTAINMENT

| DATE | TYPE OF EXPENSE | NAME OF PLACE AND LOCATION | GUEST NAME/BUSINESS RELATIONSHIP/BUSINESS REASON | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL GUEST MEALS & ENTERTAINMENT | $0.00 |

### MISCELLANEOUS EXPENSES

| DATE | | DESCRIPTION/BUSINESS REASON/EXPLANATION | AMOUNT |
|---|---|---|---|
| 1-Dec | Parking | Saratoga parking Ampco - 12/08 | $140.00 |
| 30-Nov | Verizon Wireless | Invoice due 12/4/08 | $195.67 |
| | | | |
| | | TOTAL MISCELLANEOUS EXPENSE | $335.67 |

**APPROVALS**

| | |
|---|---|
| TOTAL EXPENDITURES | $335.67 |
| PLUS BUSINESS MILEAGE @ $.xx | $0.00 |
| LESS ADVANCES | $0.00 |
| TOTAL DUE TO/(FROM) EMPLOYEE | $335.67 |

**SIGNATURE AND DATE**

ATTACH COPIES OF ITEMIZED BILLS OR RECEIPTS FOR ANY SINGLE EXPENDITURE OF $25.00

John P. Boylan

Invoice No. 2008-12-02

# INVOICE

**Customer**
Name: Michael W. Sanders
Address: 20333 SH 249, Suite #600
City: Houston   State: TX   ZIP: 77070
Phone: 832-446-2599

**Misc**
Date: 12/31/2008
Order No.:
Rep:
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 7.00 | Hourly consulting services for 12/16/08 – 12/31/08 | $ 100.00 | $ 700.00 |
| | SSN: 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 | | |

SubTotal: $ 700.00
Shipping:
Tax Rate(s):
TOTAL: $ 700.00

**Payment** Select One...
Comments
Name
CC #
Expires

Office Use Only

*Insert Fine Print Here*

*Insert Farewell Statement Here*

Consulting Services Performed by JPB @ $100/hr:

| Date | Time In - Time Out / Description | Net Hours | Amount |
|---|---|---|---|
| 12/17/2008 | Read and begin incorporating MS comments on Comp Plan presentation | 0.5 | $ 50.00 |
| 12/17/2008 | BS/JB emails and tel conv. re: CWEI Gas Imbal calculation | 0.5 | $ 50.00 |
| 12/18/2008 | JB work on CWEI gas imbalance calc and supporting docs | 2.0 | $ 200.00 |
| 12/19/2008 | JB work on CWEI gas imbalance calc and supporting docs | 2.0 | $ 200.00 |
| 12/20/2008 | JB work on CWEI gas imbalance calc and supporting docs - deliver to BS | 0.5 | $ 50.00 |
| 12/21/2008 | | 0.0 | $ - |
| 12/22/2008 | | 0.0 | $ - |
| 12/23/2008 | | 0.0 | $ - |
| 12/24/2008 | | 0.0 | $ - |
| 12/25/2008 | | 0.0 | $ - |
| 12/26/2008 | | 0.0 | $ - |
| 12/27/2008 | | 0.0 | $ - |
| 12/28/2008 | | 0.0 | $ - |
| 12/29/2008 | JB email and tel conv w/ BS re: CWEI calcs and understanding of owed | 0.5 | $ 50.00 |
| 12/29/2008 | JB/EH email and tel convs re: CWEI amounts due to sellers | 1.0 | $ 100.00 |
| | | 0.0 | $ - |
| **Subtotal Consulting Svcs Performed by JPB** | | **7.00** | **$ 700.00** |

# TRAVEL & ENTERTAINMENT REIMBURSEMENT

**NAME:** John P. Boylan
**DIVISION/DEPARTMENT:**
**Period Covered:** 12/16/2008 - 12/31/08

**MAILING ADDRESS:**
John P. Boylan
6129 Fordham
Houston, TX 77005

**ACCOUNT TO BE CHARGED:**

**EMPLOYEE PHONE NUMBER:** 713-816-0440

**PURPOSE OF TRIP: (BY DATE, SHOW COMPANY AND REASON) Unreimbursed Business Expenses for the Period Covered**

## TYPE OF EXPENDITURE

| DATE | DAILY ITINERARY | Business | Personal | Airfare | Auto Rental | Lodging | Entertainment/Meals | Phone | Tax | Tip | Parking | Fees/Miles | ENTERTAINMENT |
|------|-----------------|----------|----------|---------|-------------|---------|---------------------|-------|-----|-----|---------|------------|---------------|
| | | | | | | | | | | | | | |
| Total | | 0 | | 0 $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ |

## GUEST MEALS AND ENTERTAINMENT

| DATE | TYPE OF EXPENSE | NAME OF PLACE AND LOCATION | GUEST NAME/BUSINESS RELATIONSHIP/BUSINESS REASON | AMOUNT |
|------|-----------------|----------------------------|--------------------------------------------------|--------|
| | | | | |
| | | | **TOTAL GUEST MEALS & ENTERTAINMENT** | $0.00 |

## MISCELLANEOUS EXPENSES

| DATE | | DESCRIPTION/BUSINESS REASON/EXPLANATION | AMOUNT |
|------|--|-----------------------------------------|--------|
| 31-Dec | Verizon Wireless | Invoice due 1/4/09  only 80% | $95.60 |
| | | | |

| | |
|---|---|
| TOTAL MISCELLANEOUS EXPENSE | $95.60 |

**APPROVALS:**

| | |
|---|---|
| TOTAL EXPENDITURES | $95.60 |
| PLUS BUSINESS MILEAGE @ $0.55 | $0.00 |
| LESS ADVANCES | $0.00 |
| TOTAL DUE TO/(FROM) EMPLOYEE | $95.60 |

**SIGNATURE AND DATE**

ATTACH COPIES OF ITEMIZED BILLS OR RECEIPTS TO ANY SINGLE EXPENSE OVER $10